UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **MICHAEL JACKSON,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **MONICA MASON,** | : | (Unlawful Possession of a Firearm and |
| **Defendants.** | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 22 D.C.C. §4504(a) |
| | : | (Carrying a Pistol Without a  License) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about March 8, 2005, within the District of Columbia, **MICHAEL JACKSON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F3403-02, did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson .41 caliber magnum revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .41 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about March 8, 2005, within the District of Columbia, **MONICA MASON**, did carry, openly and concealed on or about his person, a pistol, without a license issued pursuant to law.

(**Carrying a Pistol Without a License**, in violation of Title 22, District of Columbia Code, Section 4504(a))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia