UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 05-189-2 (JDB) |
| MONICA MASON | |

### NOTICE OF APPEARANCE

To the Clerk of the Court, please enter the appearance of Manuel J. Retureta, Esq. as counsel of record in the above captioned case on behalf of the defendant, Monica Mason.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**


By: _____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 fax


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was mailed via first class mail on this 4th day of June 2005 to Assistant U.S. Attorney Wanda J. Dixon, 555 Fourth Street, NW, Washington, D.C. 20530.

_____
Manuel J. Retureta, Esq.