UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal Case No.: 05-189 (JDB) |
| | Status Hearing: August 11, 2005, 2:00 p.m. |
| **MONICA MASON,** *et al.* | |

**DEFENDANT MONICA MASON'S MOTION TO
ADOPT AND JOIN IN PART CO-DEFENDANT JACKSON'S
MOTION TO SUPPRESS EVIDENCE**

**COMES NOW DEFENDANT, Monica Mason** (hereinafter referred to as "Ms. Mason"), through undersigned counsel, and respectfully requests leave to adopt and join in part the Motion to Suppress Evidence filed by her co-defendant, Michael Jackson, and in support thereof states:

1.  On the evening of March 8, 2005, Ms. Mason was arrested along with her co-defendant, Michael Jackson, while both sat in an automobile. The initial arrest alleged possession of an open container of alcohol. However, after the arrest, a firearm was discovered inside of the vehicle. Ms. Mason is now charged with one count of "Carrying A Pistol Without A License" under D.C. Code Title 22 §4504(a).

2.  The issues raised and the legal authority relied upon by Ms. Mason's co-defendant, Michael Jackson, in his Motion to Suppress Evidence as they relate to the firearm are equally applicable to Ms. Mason.

3.  Were this Court to grant Ms. Mason's Motion to Adopt and Join Co-Defendant Michael Jackson's Motion to Suppress Evidence, duplication of motions would be avoided and the interests of judicial economy would be promoted.

**WHEREFORE,** Ms. Mason respectfully requests that this Court grant her leave to adopt and join in part the Motion to Suppress Evidence filed by her co-defendant, Michael Jackson.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building ~ Suite 900
Washington, D.C. 20004
(202) 220-3073
Counsel for Monica Mason

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion shall be electronically served upon counsel for all parties.

_____/s/_____
Manuel J. Retureta, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal Case No.:  05-189 (JDB) |
| **MONICA MASON, et al.** | |

**ORDER**

Upon consideration of Defendant Monica Mason's Motion to Adopt and Join In Part Co-Defendant Jackson's Motion to Suppress Evidence, any government response thereto, and the Court being fully informed on the record herein, it is hereby,

**ORDERED,** that Defendant Monica Mason's motion is hereby **GRANTED.** .

SO ORDERED THIS _____ DAY OF _____, 2005.

_____
John D. Bates
United States District Court Judge

Copies To:

Manuel J. Retureta
601 Pennsylvania Ave NW
South Building ~ Suite 900
Washington, DC   20004

Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue NW
Suite 550
Washington, DC   20004

Wanda Dixon
Assistant United States Attorney
555 Fourth Street NW
Washington, DC   20530