UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                              |   |                                       |
|----------------------------------------------|---|---------------------------------------|
| **UNITED STATES OF AMERICA**                 | \| |                                       |
|                                              | \| | Criminal Case No.:  05-189 (JDB)      |
| v.                                           | \| |                                       |
|                                              | \| | Trial Date:  September 19, 2005       |
| **MONICA MASON,** *et al.*                   | \| |                                       |

### DEFENDANT MONICA MASON'S PROPOSED <br> *VOIR DIRE* & PROPOSED JURY INSTRUCTIONS

**COMES NOW DEFENDANT, Monica Mason** (hereinafter referred to as "Ms. Mason"), through undersigned counsel, and respectfully submits the following proposals for jury selection and jury instruction.

*Voir Dire* **Proposal:**

Ms. Mason requests the following specific inquiries:

Facts of Case:  (Paragraphs 3 and 4[1]) –

    3. The alleged conduct occurred on March 8, 2005, at the Garfield Terrace Apartment Complex, in the area of 2375 11th Street, NW in Washington, D.C.  Do any of you believe you may know anything about the facts and circumstances of this case?
    4. Do any of you live or work in the area of the Garfield Terrace Apartment Complex located at the 2300 block of 11th Street, N.W., in the District of Columbia, where the alleged offense took place, or are any of you otherwise particularly familiar with that area?

Gun Related Offense:  (Paragraph 28 and 29 – *See* Footnote 1)

    28. This case involves the alleged possession of a firearm.  Does anyone have such strong feelings about firearms that the nature of the charges would make it difficult for you to be fair and judge this case on the evidence presented in court?  For example, would any of you have difficulty serving on a jury and presuming Mr. Jackson or Ms. Mason to be innocent of such a charge?

---

[1] Paragraph numbers are taken from the draft *voir dire* document chambers provided to defense counsel.

29.  Are any of you members of any group that advocates either for or against gun ownership or gun control or limitations on the possession of firearms?

Co-Defendant Nature of Case:

There are two defendants in this case.  Each defendant is entitled to have his or her guilt proven beyond a reasonable doubt as to each of the crimes charged against him or her.  Guilt must be determined from his or her own conduct and from the evidence that applies to him or her, as if he or she were being tried alone.  The guilt or innocence of any one defendant of any of the crimes charged should not control or influence your verdicts as to the other defendant. Does anyone have such strong feelings about hearing a case involving co-defendants or would the nature of the case and of the charges make it difficult for you to be fair and judge this case, and each defendant, on the evidence presented in court?

**Proposed *Additional* Jury Instructions** (taken from standard Red Book)**:**

| | | |
|---|---|---|
| Nature of Charges Not To Be Considered | - | Instruction 2.14 |
| Multiple Defendants – Multiple Counts | - | Instruction 2.54 |
| Evidence Admitted Against One Defendant Only | - | Instruction 2.55 |
| Defense Theory of Case | - | To be submitted in-trial |

**WHEREFORE,** Ms. Mason respectfully requests that this Court consider the above referenced proposals.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building ~ Suite 900
Washington, D.C.  20004
(202) 220-3073
Counsel for Monica Mason

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion shall be electronically served upon counsel for all parties.

_____/s/_____
Manuel J. Retureta, Esq.