UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  **05-189-02 (JDB)** |
| | | |
| v. | : | VIOLATIONS:  18 U.S.C. §922(g)(3) |
| | : | (Unlawful Possession of a Firearm and |
| **MONICA MASON,** | : | Ammunition by a Person Addicted to a |
| **Defendant.** | : | Controlled Substance); |
| | : | 7 D.C.C. §2502.1 |
| | : | (Possession of an Unregistered Firearm) |

### S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about March 8, 2005, within the District of Columbia, **MONICA MASON**, did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson .41 caliber magnum revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .41 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce, while she unlawfully used and/or was addicted to a controlled substance.

(**Unlawful Possession of a Firearm and Ammunition by a Person Addicted to a Controlled Substance**, in violation of Title 18, United States Code, Section 922(g)(3))

## COUNT TWO

On or about March 8, 2005, within the District of Columbia, **MONICA MASON**, did

possess a certain Smith & Wesson .41 caliber magnum revolver, without being the holder of a valid

registration certificate.

(**Possession of an Unregistered Firearm**, in violation of Title 7, District of Columbia Code,
Section 2502.1)

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY:    _____
WANDA DIXON
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4235
Washington, D.C. 20530
(202) 514-6997