UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.:  05-189-2 (JDB) |
| v. | |
| MONICA MASON | Sentencing:  December 16, 2005<br>9:00 a.m. |

### MOTION TO CONTINUE SENTENCING

**COMES NOW DEFENDANT,** Monica Mason, through undersigned counsel, and respectfully requests that the present sentencing hearing date be continued for the reasons set forth below.

1. Ms. Mason is presently released on personal recognizance pending sentencing.

2. Defense counsel for Ms. Mason will be unable to attend the presently scheduled sentencing hearing.  Defense counsel's wife underwent emergency surgery on Saturday, December 10, 2005.  She is scheduled to remain in the hospital for the bulk of the week and could be released at the end of the week.  Because of the uncertain release date, as well as time defense counsel will need to provide care at home, it is necessary for counsel to clear his court schedule for the week.

3. Assistant U.S. Attorney Wanda Dixon has been informed of this motion but given defense counsel's limited time away from the hospital he did not have time to provide a great deal of advance notice to Ms. Dixon.  At this time there is no government position.

**WHEREFORE,** for the reasons set forth, a continuance of the sentencing hearing is respectfully requested.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this pleading has been forwarded to all parties via ECF filing.

_____/s/_____
Manuel J. Retureta, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | Crim. Case No.:  05-189-2 (JDB) |
| v. | |
| **MONICA MASON** | |

### ORDER

Upon consideration of defendant's motion to continue the scheduled sentencing hearing, the government consent, and this Court's review of the record, it is decided that defendant's motion is **GRANTED.**

Parties are ordered to contact the courtroom clerk and select a new date for sentencing.

**So ordered this _____ day of December 2005.**

<br>

**John D. Bates**
**United States District Court Judge**

**Copies To:**  All parties via ECF.